UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION:

**ASCENSION BIOLOGICS, LLC**, a limited liability company,

      Plaintiff,

vs.

**AIYAN DIABETES CENTER, INC.** d/b/a **CENTER FOR PODIATRY CARE, PC**, a Georgia corporation,

      Defendant.

CASE NO.

## COMPLAINT

Plaintiff, ASCENSION BIOLOGICS, LLC ("Plaintiff" or "Ascension"), by and through its undersigned counsel and pursuant to the applicable Florida Rules of Civil Procedure, files this Complaint and sues Defendant, AIYAN DIABETES CENTER, INC. d/b/a CENTER FOR PODIATRY CARE, PC ("Defendant" or "Aiyan"), and alleges as follows:

### I.    JURISDICTION, PARTIES, AND VENUE

1.    This action seeks damages in excess of $400,000.00, exclusive of interest, costs, and attorneys' fees.

2.    This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) as this is an action between citizens of different states and the amount in controversy, without interest and costs, exceeds seventy-five thousand dollars ($75,000.00).

3.    Plaintiff, Ascension, is a Florida limited liability company, with its principal place of business in Palm Beach County, Florida.

4.    Defendant, Aiyan, is a Georgia corporation with its principal place of business in

Columbia County, Georgia. Defendant has established sufficient minimum contacts with Florida in connection with the contract with Plaintiff here and its business.

5.      After a series of preliminary communications between Defendant and Plaintiff, on or about October 1, 2023, Plaintiff and Defendant entered into a Business Associate Agreement which included a governing law provision whereby Defendant agreed that, with respect to any action that was in connection with or arose therefrom, Florida law would apply and venue shall be in Florida.

6.      October 11, 2023, Plaintiff and Defendant entered into a written Terms & Sales Agreement (the "Agreement") whereby Defendant would order human tissue allografts from Plaintiff, and Plaintiff would ship the human tissue allografts to Defendant and render invoices accordingly. A copy of the Agreement is attached to this Complaint as **Exhibit A**.

7.      The Agreement contemplated payment within forty-five (45) days of the date of an invoice. *See* **Ex. A** at pdf page no. 2.

8.      Defendant's total contractual obligation to Plaintiff for shipments Plaintiff made to Defendant was $421,276.00, exclusive of late payment fees, interest, costs, and attorneys' fees.

9.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims that form the basis of this cause of action occurred or arose in this district and all monies due and payable by Defendant were due and owing in Palm Beach County, Florida.

10.     All conditions precedent to bringing this action have either occurred or have been waived.

## II.      GENERAL ALLEGATIONS

11.     Plaintiff performed its duties under the contract by providing its human tissue

2

allografts pursuant to the Agreement. As evidence of the human tissue allografts, attached hereto as composite **Exhibit B** are the invoices, which are incorporated herein by reference.

12. Defendant accepted delivery of the human tissue allografts but failed to pay Plaintiff as it was required to.

13. Plaintiff made numerous demands for payment of Defendant's outstanding and overdue balance – the last such demand being delivered on May 17, 2024. A copy of the Demand, with account stated, together with corresponding USPS Certified Mail Green Card and Tracking Information are attached hereto as composite **Exhibit C**.

14. Currently, Defendant owes Plaintiff $421,276.00 for the human tissue allografts, exclusive of late payment fees, interest, costs, and attorneys' fees.

15. Defendant has failed to pay the sums due and owing to Plaintiff for the human tissue allografts delivered as required by the Agreement.

**COUNT I**
**<u>BREACH OF CONTRACT</u>**

16. Plaintiff realleges and incorporates Paragraphs 1 through 15, above, as if fully set forth herein.

17. Plaintiff and Defendant were parties to a valid and binding contract for the sale and purchase of human tissue allografts.

18. Plaintiff performed under the Agreement by producing and shipping human tissue allografts to Defendant.

19. Defendant accepted the human tissue allografts.

20. Defendant has breached the Agreement by failing to pay the full amount due for the accepted human tissue allografts.

21. As a direct and proximate result of Defendant's breach, Plaintiff has suffered

3

damages.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter a Judgment against Defendant for damages, plus prejudgment interest, costs, as well as late payment fees and attorneys' fees pursuant to the terms of the Agreement, and such other and further relief as this Court deems just and proper.

**COUNT II**
**ACCOUNT STATED**

22.     Plaintiff realleges and incorporates Paragraphs 1 through 15, above, as if fully set forth herein.

23.     Before the institution of this action, Plaintiff and Defendant had dealings and business transactions between them and there was a resulting debt or balance due stated in an account stated.

24.     Defendant had agreed to pay for the human tissue allografts furnished by Plaintiff.

25.     Plaintiff rendered statements to Defendant, and Defendant did not object to the statements. *See* **Ex. C** at pdf page no. 3, account stated, and *see also* **Ex. B**. The balance of each invoice and the amounts owed accrued in accordance with the terms set forth in the Agreement.

26.     While Plaintiff issued account statements to Defendant, Defendant failed to object in a reasonable time and, thus, it is presumed that the account is correct and Defendant is liable. Defendant had implicitly promised to pay the balance.

27.     The balance remains unpaid.

28.     Defendant owes Plaintiff $421,276.00, plus prejudgment interest, attorneys' fees, and costs on this account.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant, plus prejudgment interest, attorneys' fees, and costs.

4

## COUNT III
## OPEN ACCOUNT

29.     Plaintiff realleges and incorporates Paragraphs 1 through 15, above, as if fully set forth herein.

30.     Plaintiff provided human tissue allografts to Defendant, with respect to which an unsettled debt was generated.

31.     The unsettled debt was generated in a context where Plaintiff expected additional transactions with Defendant.

32.     The unsettled debt Defendant owes remains unresolved.

33.     Defendant owes Plaintiff the $421,276.00 that is due, with interest since at least April 6, 2024, according to the attached exhibits, plus prejudgment interest, attorneys' fees, and costs on this account.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant for the principal sum of $421,276.00, plus prejudgment interest, attorneys' fees, and costs.

## COUNT IV
## UNJUST ERICHMENT

34.     Plaintiff realleges and incorporates Paragraphs 1 through 15, above, as if fully set forth herein.

35.     Plaintiff has conferred a benefit on Defendant, who has knowledge thereof.

36.     Defendant voluntarily accepted and retained the benefit conferred.

37.     The circumstances render Defendant's retention of the benefit inequitable unless Defendant pays Plaintiff the full value of the benefit.

38.     Defendant has been unjustly enriched at the expense of Plaintiff.

39.     Plaintiff is entitled to damages as a result of Defendant's unjust enrichment.

**WHEREFORE**, Plaintiff demands monetary damages against Defendant for unjust enrichment and such other relief this Court deems just and proper.

**<u>JURY TRIAL DEMAND</u>**

Plaintiff, Ascension Biologics, LLC, hereby demands a trial by jury on all issues and causes of action so triable.

<u>Dated</u>: September 12, 2024.

Respectfully Submitted,

**CLAYTON TRIAL LAWYERS, PLLC**
*Attorneys for Plaintiff, Ascension Biologics, LLC*
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Phone: (954) 712-2300

By: */s/William R. Clayton*
WILLIAM R. CLAYTON
Florida Bar No. 485977
RILEY F. KENNEDY
Florida Bar No. 124149
claytonw@ctllawyers.com
rosr@ctllawyers.com
camachoj@ctllawyers.com
service@ctllawyers.com

6
