DocuSign Envelope ID: 80F4734C-F508-4D2D-BAB5-4E307E1EBF6E

|  | Ascension Biologics<br>New Account Form | Document No.: | 270.103.F01 |
|---|---|---|---|
| | | Revision: | 00 |
| | | Effective Date: | 09/13/2023 |
| | | Page No.: | Page **1** of **2** |

## FACILITY / PRACTICE DEMOGRAPHICS

**FACILITY NAME:** Center For Podiatry Care, PC

**PROVIDER NAME:** Janaki Nadarajah, DPM

Ship To Address: 462 Furys Ferry Road

City: Augusta          State: Georgia          ZIP: 30907

Tax ID Number: 202502972          Office Email: laurencollins@aiyandiabetescenter.com

Office Phone: 7068680319          Office Fax: 7068683719

Admin Name: lauren collins

Admin Email: laurencollins@aiyandiabetescenter.com

## ACCOUNTS PAYABLE INFORMATION

Contact Name: lauren collins          Phone:

Contact Email: laurencollins@aiyandiabetescenter.com

Bill To Address:

City:          State:          ZIP:

## BILLING INFORMATION

Individual NPI: 1831288018          Group NPI: 1174695357

PTAN:

Claims Processor Contact Name: lauren collins

Claims Processor Email: laurencollins@aiyandiabetescenter.com

Claims Processor Phone: 7068680319

**Please Email Form To:**

**Info@AscensionBiologics.com**

**PLEASE SEE PAGE 2**

**Exhibit A**

|  | Ascension Biologics<br>New Account Form | Document No.: | 270.103.F01 |
|---|---|---|---|
| | | Revision: | 00 |
| | | Effective Date: | 09/13/2023 |
| | | Page No.: | Page **2** of **2** |

## TERMS & SALES AGREEMENT

**By its signature below to this application for credit, Applicant herby agrees to the following terms and conditions of sale should Ascension Biologics LLC elect to extend such credit.**

1. Applicant shall pay for all items purchased and services rendered in accordance with the terms and conditions established by Ascension Biologics LLC. Absent any written agreement to the contrary signed by both Applicant and Ascension Biologics LLC payments for all purchases are due **45 days** from date of invoice.

2. All payments shall be made in form satisfactory to Ascension Biologics LLC. Applicant shall pay a late payment charge of 1.5% or the maximum rate permitted by law, assessed monthly until paid in full on any amount not paid when due. Applicant shall also pay all losses, costs, attorney's fees or other expenses incurred by Ascension Biologics LLC as a result of Applicant's failure to comply with the terms of this agreement. Failure or delay by Ascension Biologics LLC to bill for any such late payment or other charge or expense shall not waive or otherwise affect Ascension Biologics LLC the right to collect these charges.

3. Ascension Biologics LLC reserves the right at all times to limit or terminate the extension of credit and to modify its terms of sale.

4. Applicant represents and warrants that all information provided in this application or otherwise submitted is true and correct and it being furnished for the purpose of obtaining/retaining credit from Ascension Biologics LLC. When requested, Applicant shall provide Ascension Biologics LLC with current financial statements and/or tax returns with all notes and schedules necessary to extend, review or adjust credit.

**Applicant represents and warrants that the information provided herein is true and correct. Applicant authorizes Ascension Biologics LLC to contact any source necessary to determine Applicants credit worthiness. Applicant represents and warrants that this application has been executed by its authorized representative.**

DocuSigned by:

*Dr. Janaki Nadarajah*

27AB76B0A4A443A AUTHORIZED SIGNATURE

Janaki Nadarajah

PRINTED NAME

DPM

TITLE

10/11/2023

DATE

Exhibit A