# INVOICE

Amount Due (USD):

## $14,248.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | |
|---|---|
| Invoice No: | 1301 |
| Status: | Open |
| Invoice Date: | 11/20/2023 |
| Due Date: | 01/04/2024 |
| Total: | $19,588.00 |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1709-011; | 1.00 | $5,342.00 | $5,342.00 |
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): BLS23-0220-0015; | 1.00 | $14,246.00 | $14,246.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $19,588.00 |
| **Invoice Amount:** | $19,588.00 |
| **Previous Payment(s):** | $5,340.00 |
| **Amount Due (USD)** | **$14,248.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $28,492.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1300 | PO Number: | JW112223 |
| Status: | Open | | |
| Invoice Date: | 11/22/2023 | | |
| Due Date: | 01/06/2024 | | |
| Total: | $28,492.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0408**<br>MW0408 - 4cm x 8cm Membrane Wrap (UOM = ea) SN(s): BLS22-0197-0008; | 1.00 | $28,492.00 | $28,492.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $28,492.00 |
| **Invoice Amount:** | $28,492.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$28,492.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $42,738.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1372 | PO Number: | NoName |
| Status: | Open | | |
| Invoice Date: | 12/01/2023 | | |
| Due Date: | 01/15/2024 | | |
| Total: | $42,738.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): BLS23-0221-0006; BLS23-0221-0007; BLS23-0218-0017; | 3.00 | $14,246.00 | $42,738.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $42,738.00 |
| **Invoice Amount:** | $42,738.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$42,738.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $48,080.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | |
|---|---|
| Invoice No: | 1383 |
| Status: | Open |
| Invoice Date: | 12/04/2023 |
| Due Date: | 01/18/2024 |
| Total: | $48,080.00 |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1883-019; | 1.00 | $5,342.00 | $5,342.00 |
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): C23-1162-002; C23-1169-004; C23-1155-006; | 3.00 | $14,246.00 | $42,738.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $48,080.00 |
| **Invoice Amount:** | $48,080.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$48,080.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

# $17,806.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | |
|---|---|
| Invoice No: | 1402 |
| Status: | Open |
| Invoice Date: | 12/04/2023 |
| Due Date: | 01/18/2024 |
| Total: | $17,806.00 |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J1930-003; 23J1976-002; | 2.00 | $3,561.00 | $7,122.00 |
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1901-001; 23J1901-007; | 2.00 | $5,342.00 | $10,684.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $17,806.00 |
| **Invoice Amount:** | $17,806.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$17,806.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

# $28,492.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1473 | PO Number: | RS121223 |
| Status: | Open | | |
| Invoice Date: | 12/12/2023 | | |
| Due Date: | 01/26/2024 | | |
| Total: | $28,492.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): C23-1162-004; C23-1155-007; | 2.00 | $14,246.00 | $28,492.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $28,492.00 |
| **Invoice Amount:** | $28,492.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$28,492.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $8,903.00

BILL TO:

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

SHIP TO:

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

| Invoice No: | 1474 | PO Number: | MR121223 |
|---|---|---|---|
| Status: | Open | | |
| Invoice Date: | 12/12/2023 | | |
| Due Date: | 01/26/2024 | | |
| Total: | $8,903.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202** <br> MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J1976-001; | 1.00 | $3,561.00 | $3,561.00 |
| **MW0203** <br> MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1867-009; | 1.00 | $5,342.00 | $5,342.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $8,903.00 |
| **Invoice Amount:** | $8,903.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$8,903.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $5,342.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1475 | PO Number: | ? 121223 |
| Status: | Open | | |
| Invoice Date: | 12/12/2023 | | |
| Due Date: | 01/26/2024 | | |
| Total: | $5,342.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1901-012; | 1.00 | $5,342.00 | $5,342.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $5,342.00 |
| **Invoice Amount:** | $5,342.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$5,342.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $3,561.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1479 | PO Number: | CT121323 |
| Status: | Open | | |
| Invoice Date: | 12/13/2023 | | |
| Due Date: | 01/27/2024 | | |
| Total: | $3,561.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J1960-001; | 1.00 | $3,561.00 | $3,561.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $3,561.00 |
| **Invoice Amount:** | $3,561.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$3,561.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $3,561.00

BILL TO:

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

SHIP TO:

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1476 | PO Number: | ? 121423 |
| Status: | Open | | |
| Invoice Date: | 12/14/2023 | | |
| Due Date: | 01/28/2024 | | |
| Total: | $3,561.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J1930-001; | 1.00 | $3,561.00 | $3,561.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $3,561.00 |
| **Invoice Amount:** | $3,561.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$3,561.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $8,903.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

| Invoice No: | 1477 | PO Number: | BRH121423 |
|---|---|---|---|
| Status: | Open | | |
| Invoice Date: | 12/14/2023 | | |
| Due Date: | 01/28/2024 | | |
| Total: | $8,903.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J1911-001; | 1.00 | $3,561.00 | $3,561.00 |
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1867-010; | 1.00 | $5,342.00 | $5,342.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $8,903.00 |
| **Invoice Amount:** | $8,903.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$8,903.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $14,246.00

BILL TO:

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

SHIP TO:

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1478 | PO Number: | JW121423 |
| Status: | Open | | |
| Invoice Date: | 12/14/2023 | | |
| Due Date: | 01/28/2024 | | |
| Total: | $14,246.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): C23-1155-008; | 1.00 | $14,246.00 | $14,246.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $14,246.00 |
| **Invoice Amount:** | $14,246.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$14,246.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

# $24,930.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1472 | PO Number: | NoName121923 |
| Status: | Open | | |
| Invoice Date: | 12/19/2023 | | |
| Due Date: | 02/02/2024 | | |
| Total: | $24,930.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): C23-1167-002; | 1.00 | $14,246.00 | $14,246.00 |
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1867-011; 23J1867-008; | 2.00 | $5,342.00 | $10,684.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $24,930.00 |
| **Invoice Amount:** | $24,930.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$24,930.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

**Amount Due (USD):**

## $12,464.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1480 | PO Number: | ? 121923 |
| Status: | Open | | |
| Invoice Date: | 12/19/2023 | | |
| Due Date: | 02/02/2024 | | |
| Total: | $12,464.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J2019-002; 23J2019-001; | 2.00 | $3,561.00 | $7,122.00 |
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1901-011; | 1.00 | $5,342.00 | $5,342.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $12,464.00 |
| **Invoice Amount:** | $12,464.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$12,464.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $8,903.00

BILL TO:

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

SHIP TO:

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

| | | PO Number: | JC122223 |
|---|---|---|---|
| Invoice No: | 1482 | | |
| Status: | Open | | |
| Invoice Date: | 12/22/2023 | | |
| Due Date: | 02/05/2024 | | |
| Total: | $8,903.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J1930-002; | 1.00 | $3,561.00 | $3,561.00 |
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J1884-007; | 1.00 | $5,342.00 | $5,342.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $8,903.00 |
| **Invoice Amount:** | $8,903.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$8,903.00** |

Composite Exhibit B



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $3,561.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | | |
|---|---|---|
| Invoice No: | 1483 | |
| Status: | Open | |
| Invoice Date: | 12/22/2023 | |
| Due Date: | 02/05/2024 | |
| Total: | $3,561.00 | |

PO Number: MR122223

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): 23J1935-002; | 1.00 | $3,561.00 | $3,561.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $3,561.00 |
| **Invoice Amount:** | $3,561.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$3,561.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $14,246.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | |
|---|---|
| Invoice No: | 1484 |
| Status: | Open |
| Invoice Date: | 12/22/2023 |
| Due Date: | 02/05/2024 |
| Total: | $14,246.00 |

| | |
|---|---|
| PO Number: | BRH122223 |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): C23-1152-001; | 1.00 | $14,246.00 | $14,246.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $14,246.00 |
| **Invoice Amount:** | $14,246.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$14,246.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $12,800.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | | |
|---|---|---|
| Invoice No: | 1520 | PO Number: LC010124 |
| Status: | Open | |
| Invoice Date: | 01/01/2024 | |
| Due Date: | 02/15/2024 | |
| Total: | $12,800.00 | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): 23J2023-026; | 1.00 | $12,800.00 | $12,800.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $12,800.00 |
| **Invoice Amount:** | $12,800.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$12,800.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**

555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**

(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $41,600.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1485 | PO Number: | ? 010224 |
| Status: | Open | | |
| Invoice Date: | 01/02/2024 | | |
| Due Date: | 02/16/2024 | | |
| Total: | $41,600.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): C23-1184-027; | 1.00 | $3,200.00 | $3,200.00 |
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): 23J2023-027; | 1.00 | $12,800.00 | $12,800.00 |
| **MW0408**<br>MW0408 - 4cm x 8cm Membrane Wrap (UOM = ea) SN(s): BLS22-0091-0006; | 1.00 | $25,600.00 | $25,600.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $41,600.00 |
| **Invoice Amount:** | $41,600.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$41,600.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $3,200.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | | | |
|---|---|---|---|
| Invoice No: | 1515 | PO Number: | HB010424 |
| Status: | Open | | |
| Invoice Date: | 01/04/2024 | | |
| Due Date: | 02/18/2024 | | |
| Total: | $3,200.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): C23-1184-028; | 1.00 | $3,200.00 | $3,200.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $3,200.00 |
| **Invoice Amount:** | $3,200.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$3,200.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

# $3,200.00

**BILL TO:**

**Center for Podiatry Care - Aiyan
Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan
Center**

Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | | PO | |
|---|---|---|---|
| Invoice No: | 1518 | PO Number: | MR010824 |
| Status: | Open | | |
| Invoice Date: | 01/08/2024 | | |
| Due Date: | 02/22/2024 | | |
| Total: | $3,200.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0202**<br>MW0202 - 2cm x 2cm Membrane Wrap (UOM = ea) SN(s): C23-1223-013; | 1.00 | $3,200.00 | $3,200.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $3,200.00 |
| **Invoice Amount:** | $3,200.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$3,200.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $4,800.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | | | |
|---|---|---|---|
| Invoice No: | 1519 | PO Number: | ARM010824 |
| Status: | Open | | |
| Invoice Date: | 01/08/2024 | | |
| Due Date: | 02/22/2024 | | |
| Total: | $4,800.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J2007-006; | 1.00 | $4,800.00 | $4,800.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $4,800.00 |
| **Invoice Amount:** | $4,800.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$4,800.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $19,200.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| | |
|---|---|
| Invoice No: | 1516 |
| Status: | Open |
| Invoice Date: | 01/09/2024 |
| Due Date: | 02/23/2024 |
| Total: | $19,200.00 |

| | |
|---|---|
| PO Number: | ?  010924 |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0406**<br>MW0406 - 4cm x 6cm Membrane Wrap (UOM = ea) SN(s): 23J1930-008; | 1.00 | $19,200.00 | $19,200.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $19,200.00 |
| **Invoice Amount:** | $19,200.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$19,200.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**

555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**

(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $17,600.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**
462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**
Center for Podiatry Care - Aiyan Center
462 Furys Ferry Road
Augusta, Georgia 30907 US

| Invoice No: | 1517 | PO Number: | MR011024 |
|---|---|---|---|
| Status: | Open | | |
| Invoice Date: | 01/10/2024 | | |
| Due Date: | 02/24/2024 | | |
| Total: | $17,600.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J2079-006; | 1.00 | $4,800.00 | $4,800.00 |
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): 23J2023-034; | 1.00 | $12,800.00 | $12,800.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $17,600.00 |
| **Invoice Amount:** | $17,600.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$17,600.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM

# INVOICE

Amount Due (USD):

## $30,400.00

**BILL TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

**SHIP TO:**

**Center for Podiatry Care - Aiyan Center**

462 Furys Ferry Road
Augusta, Georgia 30907

| | | | |
|---|---|---|---|
| Invoice No: | 1778 | PO Number: | NoUsageForm |
| Status: | Open | | |
| Invoice Date: | 03/21/2024 | | |
| Due Date: | 05/05/2024 | | |
| Total: | $30,400.00 | | |

| Product/Service | Quantity | Unit Price | Total |
|---|---|---|---|
| **MW0203**<br>MW0203 - 2cm x 3cm Membrane Wrap (UOM = ea) SN(s): 23J2079-005; | 1.00 | $4,800.00 | $4,800.00 |
| **MW0404**<br>MW0404 - 4cm x 4cm Membrane Wrap (UOM = ea) SN(s): C23-1162-003; C23-1167-001; | 2.00 | $12,800.00 | $25,600.00 |

**Notes**

| | |
|---|---|
| **Subtotal:** | $30,400.00 |
| **Invoice Amount:** | $30,400.00 |
| **Previous Payment(s):** | $0.00 |
| **Amount Due (USD)** | **$30,400.00** |

Composite Exhibit B

**Thank you for your business!**



**Ascension Biologics**
555 Heritage Drive Suite 225
Jupiter, FL 33458

**Contact**
(888) 355-2345
INFO@ASCENSIONBIOLOGICS.COM