## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 24-81106-CIV-
CANNON

Plaintiff: **ASCENSION BIOLOGICS, LLC, a limited liability company**
vs.
Defendant: **AIYAN DIABETES CENTER INC., d/b/a CENTER FOR
PODIATRY CARE, PC, a Delaware corporation**

For: WILLIAM R. CLAYTON
    CLAYTON TRIAL LAWYERS

Received by Caplan, Caplan & Caplan Process Servers on the 18th day of September, 2024 at 4:35 pm to be served on **AIYAN DIABETES CENTER, INC. d/b/a CENTER FOR PODIATRY CARE, PC BY SERVING ITS REGISTERED AGENT: SIVAKUMAR JAYABALAN, 462 FURYS ROAD, AUGUSTA, GA 30907I,**
_William R. Scott_, being duly sworn, depose and say that on the _25th_ day of _September_, 20_24_ at _12:20_ P.m., executed service by delivering a true copy of the **SUMMONS, AMENDED COMPLAINT, EXHIBITS** in accordance with state statutes in the manner marked below:

( )PUBLIC AGENCY:By serving_____as_____Served the named agency by delivering a true copy of pleadings and informed said person of the contents therein, with date,hour,intials of service endorsed thereon by me in compliance with State Statute
( )CORPORATE SERVICE/CORPORATE LLC:By serving _____ as _____. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with the date, hour andintials of service endorsed thereon by me in compliance with State Statute
(X)CORPORATE REGISTERED AGENT:By serving _Sivakumar Jayabalan_____ as Registered Agent. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with date,hour,intials of service endorsed by me in compliance with State Statute
( )CORPORATE REGISTERED AGENT EMPLOYEE:By serving _____as Employee of Registered agent. Served the named person by delivering a true copy of pleadings and informed person of the contents therein,with date,hour,intials of service endorsed thereon by me in compliance with F.S.48.081 (3)(a) and 48.091, the registered agent failed to comply by not being available for service between the hours of 10am and 12pm
( )CORPORATE SUBSTITUTE RESIDENTIAL:By serving_____as _____Served the named person at a residence by delivering true copy of pleadings and informed person of the contents therein,withthe date,hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between10am and 12pm
( )SERVED:Served a Authorized person by delivering a true copy with date and hour of service endorsed to _____as_____ who stated they are authorize to accept service for deponent and informed said person of the contents
( )NO SERVICE:Reason stated in comments

COMMENTS:_Served at 462 Furys Ferry Road, Augusta, GA 30907_
_____
_____
_____



## AFFIDAVIT OF SERVICE For 24-81106-CIV-CANNON

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

Subscribed and Sworn to before me on the 25th day of _September_, _2024_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _Authorized Georgia Process Server_
Appointed in accordance with State Statutes _N/A_

Caplan, Caplan & Caplan Process Servers
351 SW 136th Avenue
Suite 207
Davie, FL 33325
(305) 374-3426

Our Job Serial Number: 2024037567

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| ASCENSION BIOLOGICS, LLC a limited liability company, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  24-81106-CIV-CANNON |
| AIYAN DIABETES CENTER, INC. d/b/a CENTER FOR PODIATRY CARE, PC a Delaware corporation, | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

9/25/24
12:20pm
W. L. S
N/A

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aiyan Diabetes Center, Inc. d/b/a Center for Podiatry Care, PC
C/O Sivakumar Jayabalan, Registered Agent
462 Furys Road
Agusta, GA 30907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William R. Clayton, Esquire
Clayton Trial Lawyers, PLLC
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Sep 18, 2024

SUMMONS

*P. Curtt*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court